**Electronically Filed
Supreme Court
SCWC-11-0000706
23-MAY-2012
09:46 AM**

NO. SCWC-11-0000706

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

EMERSON M.F. JOU, M.D., Petitioner/Plaintiff-Appellant,

vs.

K. KENNETH SIU, an Individual, also known as KING-SAU
KENNETH SIU, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA No. CAAP-11-0000706; CIVIL NO. 09-1-2758)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ. and
Circuit Judge Ahn, in place of Recktenwald, C.J., recused
and Circuit Judge Alm, in place of Duffy, J., recused)

Petitioner/Plaintiff-Appellant Emerson M.F. Jou's

application for writ of certiorari, filed on April 11, 2012, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, May 23, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Karen S.S. Ahn

/s/ Steven S. Alm

